**Order entered May 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00883-CR

## ROBERT GARRETT, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F10-52395-R

## ORDER

The Court **REINSTATES** the appeal.

On April 17, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On May 27, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the April 17, 2014 order requiring findings.

We **GRANT** the May 27, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     DAVID EVANS
         JUSTICE